UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MATTHEW WARMAN, | : | |
| | : | Case No. 1:22-cv-229 - TSB |
| Plaintiff, | : | |
| | : | |
| v. | : | Judge: Timothy S. Black, U.S.D.J. |
| | : | |
| MOUNT ST. JOSEPH | : | |
| UNIVERSITY, *et al.*, | : | STIPULATION OF DISMISSAL |
| | : | WITHOUT PREJUDICE AS TO |
| Defendants. | : | DEFENDANTS FEDERAL BUREAU OF |
| | | INVESTIGATION AND RONALD |
| | | WILLISON |

NOTICE IS HEREBY GIVEN that the plaintiff hereby voluntarily dismisses the Second Amended Complaint without prejudice and without costs against defendants Federal Bureau of Investigation and Ronald Willison,[1] pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: October 2, 2023

| | |
|---|---|
| MURRAY-NOLAN BERUTTI LLC | KENNETH L. PARKER |
| | United States Attorney |
| *s/Ronald A. Berutti* | *s/ Linda Mindrutiu* |
| By:_____ | By:_____ |
| Ronald A. Berutti | Linda Mindrutiu |
| 136 Central Avenue, 2nd Floor | Assistant United States Attorney |
| Clark, New Jersey 07066 | 221 East Fourth Street, Suite 400 |
| (908) 588-2111 | Cincinnati, Ohio 45202 |
| ron@murray-nolanberutti.com | linda.mindrutiu@usdoj.gov |
| Attorney for Plaintiff | Attorney for Defendants FBI and Willison |

---

[1] Ronald Willison is referred to as Ronald Williston in portions of the Second Amended Complaint.