# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

MATTHEW WARMAN,
*Plaintiff*
v.
MOUNT ST. JOSEPH UNIVERSITY, *et al.,*
*Defendants*

Civil Action No. 1:22-cv-229

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Defendants' joint motion to dismiss (Doc. 23) is GRANTED in part. Plaintiff's federal claims, Counts 1, 2, 3, and 16, are DISMISSED with prejudice. The Court DECLINES to exercise supplemental jurisdiction over Plaintiff's remaining state law claims. Accordingly, Counts 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15 are DISMISSED without prejudice; and There being no remaining counts against any Defendants, this case is TERMINATED on the docket of this Court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Timothy S. Black, United States District Judge on a motion to dismiss (Doc. 23).

Date: 1/3/2024

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*