# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **MATTHEW WARMAN,** | : | Case No. 1:22-CV-00229-TSB |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | |
| v. | : | |
| | : | |
| **MOUNT ST. JOSEPH** | : | |
| **UNIVERSITY, ET AL.,** | : | **NOTICE OF APPEAL** |
| | : | |
| Defendants. | : | |
| | : | |

Notice is hereby given that Matthew Warman, Plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the *Order Granting In Part Defendants' Motion to Dismiss and Terminating This Case In This Court* (Doc. #37), entered in this action on 3rd day of January 2024.

Respectfully submitted,

*/s/* Matthew S. Okiishi

_____
Matthew S. Okiishi (00096706)
FINNEY LAW FIRM, LLC
4270 Ivy Pointe Blvd., Ste 225
Cincinnati, Ohio 45245
(513) 943-6659
(513) 943-6669 – fax
matt@finneylawfirm.com

Ronald A. Berutti (*Pro Hac Vice*)
MURRAY-NOLAN BERUTTI, LLC
100 E. Hanover Ave., Ste 401
Cedar Knolls, NJ 07927
(908) 588-2111
ron@murray-nolanberutti.com
*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing motion has been electronically filed on the 12th day of January 2024, and electronically served upon counsel of record on the same date through the CM/ECF system of the USDC for the Southern District of Ohio.

/*s*/ *Matthew S. Okiishi*
_____
Matthew S. Okiishi (00096706)