## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 17, 2024

Ms. Ilana L. Linder
Manley Burke
225 W. Court Street
Cincinnati, OH 45202

Mr. Matthew S. Okiishi
Finney Law Firm
4270 Ivy Pointe Boulevard
Suite 225
Cincinnati, OH 45245

Re: Case No. 24-3042, *Matthew Warman v. Mount St. Joseph University, et al*
Originating Case No. : 1:22-cv-00229

Dear Counsel,

This appeal has been docketed as case number **24-3042** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **January 31, 2024**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

                    Appearance of Counsel
Appellant:   Civil Appeal Statement of Parties & Issues
                    Disclosure of Corporate Affiliations
                    Application for Admission to 6th Circuit Bar (if applicable)

        Appearance of Counsel
   Appellee: Disclosure of Corporate Affiliations
        Application for Admission to 6th Circuit Bar (if applicable)

 More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

        Sincerely yours,

        s/Ryan E. Orme
        Case Manager
        Direct Dial No. 513-564-7079


Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 24-3042

MATTHEW WARMAN

        Plaintiff - Appellant

v.

MOUNT ST. JOSEPH UNIVERSITY; MOUNT ST. JOSEPH POLICE DEPARTMENT; KEVIN KOO; NORB KOOPMAN; KAREN ELLIOTT; AMY METZGER, aka Amy Denko; PAIGE LEIGH ELLERMAN; NANCY HINZMAN; JOHN DOES 1-20, said names being fictitious; ABC AGENCY, INC. 1-5, said names being fictitious

        Defendants - Appellees